UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
DOCKET NO. 5:95CR00199-001H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | ORDER OF ABATEMENT |
| | ) | |
| JOSEPH HERRMANN, | ) | |

It now appearing to the court that the said Joseph Herrmann died on or about July 10, 2008. At which time a remaining liability existed in the amount of $16,112.77.

**THEREFORE**, the court does find and conclude that the judgment did abate with the death of said debtor.

This the ___6th___ day of ___December___, 2012.

MALCOLM J. HOWARD
Senior U.S. District Judge